SARAH ROCHE, Appellant, *v.* SUPREME LODGE, KNIGHTS OF
HONOR, Respondent.

*Roche* v. *Supreme Lodge,* 21 App. Div. 599, appeal dismissed.
(Argued June 5, 1899; decided June 13, 1899.)

MOTION to vacate an order of the Court of Appeals, made
April 25, 1899, which vacated and set aside a previous order
entered March 7, 1899, dismissing the appeal herein for want
of prosecution, and restored the appeal to the calendar.

The motion was made upon the ground of the *laches* of
appellant, in that she has failed to pay the costs of the motion
of April 25, 1899, and has not yet served printed copies of
case on appeal. (See 159 N. Y. 529.)

*W. R. Spooner* for motion.

*W. B. Donihee* opposed.

Motion granted, with ten dollars costs.

---

CHARLES E. MOSES, Respondent, *v.* ALBERT H. HATCH et al.,
Individually, and as Executors of WILLIAM MOSES, Deceased,
Appellants, Impleaded with Others.

Reported below, 21 App. Div. 468.
(Submitted June 5, 1899; decided June 13, 1899.)

MOTION to prefer an appeal from a judgment of the Appel-
late Division of the Supreme Court in the first judicial depart-
ment, entered November 15, 1897, affirming a judgment in
favor of plaintiff entered upon a decision of the court on a
trial without a jury.

The motion was made upon the grounds that the only real
defendants are the executors, appellants, and that the pen-
dency of the appeal delays the settlement of an estate.

*Nathaniel Niles* for motion.

No one opposed.

Motion denied, without costs.